IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**UNITED STATES OF AMERICA**

**V**                                                           **CRIMINAL INDICTMENT NO.**

**MARVIN LEWTON,**                              **21-CR-494**

    **Defendants**

### ENTRY OF APPEARANCE

Please enter BRUCE S. HARVEY as attorney of record for the Defendant, MARVIN LEWTON, in the above-captioned matter.

This 20th day of January, 2002.

                                        Respectfully submitted,

                                        s/Bruce S. Harvey
                                        LAW OFFICE OF BRUCE S. HARVEY
                                        ATTORNEYS FOR DEFENDANT
                                        Bruce S. Harvey, #335175
                                        bruce@bharveylawfirm.com

146 Nassau Street, NW
Atlanta, Georgia 30303
(404) 659-4628

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Entry of Appearance for Defendant Marvin Lewton using the Court's CM/ECF system which will deliver a copy to all registered to receive service via CM/ECF, addressed as follows:

>Nicholas Hardigan, AUSA
>United States Attorney's Office
>600 Richard Russell Bldg.
>75 Ted Turner Drive, SW
>Atlanta, Georgia 30303

This 20th day of January, 2022.

>s/Bruce S. Harvey
>LAW OFFICE OF BRUCE S. HARVEY
>ATTORNEYS FOR DEFENDANT
>Bruce S. Harvey, #335175
>bruce@bharveylawfirm.com

146 Nassau Street, NW
Atlanta, Georgia 30303
(404) 659-4628